Mary B. Doornbos, Appellee, v. George Doornbos, Appellee. On Appeal of People of State of Illinois, Intervener, Appellant.

Gen. No. 46,855. 

First District, First Division.

November 19, 1956.

Released for publication February 11, 1957.

John Gutknecht, for intervener-appellant; Gordon B. Nash, Vincent P. Flood, William S. White, Francis X. Riley and Charles D. Snewind, of counsel; Edward S. Cody, for defendant-appellee. Opinion by JUDGE FRIEND. Not to be published in full.